IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40921
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ADOLFO RICO-RICO,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
(99-CR-120-1)
- - - - - - - - - -

January 24, 2000

Before POLITZ, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant Adolfo Rico-Rico appeals his conviction and sentence for illegal reentry into the United States after deportation, in violation of 8 U.S.C. § 1326(b)(2). He argues that the district court should not have enhanced his sentence pursuant to U.S.S.G. § 2L1.2(b)(1)(A) because a predicate to application of the enhancement was his 1999 administrative deportation, which he contends was constitutionally invalid. He argues that commingling of the prosecutorial and adjudicatory functions of the Immigration and Naturalization Service deprived him of due process during the administrative deportation proceeding. We rejected that argument

_____

    [*] Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

in <u>United States v. Benitez-Villafuerte</u>, 186 F.3d 651, 659-60 (5th Cir.), <u>petition for cert. filed</u>, ___ U.S.L.W. ___ (U.S. Nov. 22, 1999)(No. 99-7193).  The decision of the district court is therefore

AFFIRMED.